# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SIMONS,<br><br>   Plaintiff,<br><br>   v.<br><br>J. SUNDARAM, et al.,<br><br>   Defendants. | Case No. 1:15-cv-00130 DLB PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR COPIES<br><br>[ECF No. 8] |

Plaintiff Michael Simons ("Plaintiff") is a California state prisoner proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983.  Plaintiff filed his complaint on January 26, 2015,[1] which is currently pending screening by the Court.

On May 22, 2015, filed a motion for copies.  Plaintiff asks for a copy of a CDC-602 he filed in the instant action.  The Court has reviewed the complaint and a CDC-602 is not contained therein.  Accordingly, Plaintiff's motion for copies is DENIED.

IT IS SO ORDERED.

   Dated:   **May 29, 2015**                    /s/ Dennis L. Beck
                                       UNITED STATES MAGISTRATE JUDGE

---

[1] On February 13, 2015, Plaintiff consented to the jurisdiction of the Magistrate Judge.

1